UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 3:20-mj-21 |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM PURSUANT TO 28 U.S.C. § 2241(c)(5) |
| vs. | |
| JEROME WHITE HORSE, JR., | |
| Defendant. | |

---

TO: THE HONORABLE MARK A. MORENO, UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA:

The application of Cameron J. Cook, Assistant United States Attorney for the District of South Dakota, respectfully shows to the Court that Jerome White Horse, Jr., Defendant in this action, is now confined in the Eagle Butte Detention Center at Eagle Butte, South Dakota; that on February 20, 2020, a Criminal Complaint and Affidavit was filed charging Second Degree Murder, and that it is necessary that said Jerome White Horse, Jr., now held in custody by the Eagle Butte Detention Center, be personally produced in this Court for prosecution on the above charge now pending against him.

WHEREFORE, it is prayed that a Writ of Habeas Corpus Ad Prosequendum be issued to the administrator of the Eagle Butte Detention Center and to the United States Marshals Service for the District of South Dakota according to the practice of this Court, and that Jerome White Horse, Jr., remain in the custody of the United States Marshals Service until further order of the Court.

Dated this 26th day of February, 2020.

                                        RONALD A. PARSONS, JR.
                                      United States Attorney

                                        */s/ Cameron J. Cook*
                                        Cameron J. Cook
                                        Assistant United States Attorney
                                        P. O. Box 7240
                                        Pierre, SD   57501
                                        Telephone:  (605)224-5402
                                        Facsimile:   (605) 224-8305
                                        Email: Cameron.Cook@usdoj.gov